# FarmerSmith
## LAW GROUP LLP

**Blane A. Smith**
bsmith@farmersmithlaw.com
(916) 679-6565 x 206

August 30, 2007

Magistrate Judge James Larson
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

    Re: *The Continental Insurance Co. vs. Peter and Stacie Crinks, et al.*
        **USDC Northern District Case No. 3:07-CV-2578 JL**

Dear Judge Larson:

    This matter has been informally settled by the parties. My office filed a Notice of Settlement on August 28, 2007. However, there is scheduled an Initial Case Management Conference for Wednesday, September 5, 2007, at 10:30 a.m., in your department. It is respectfully requested that this appearance be continued 45 to 60 days while the parties prepare the settlement and dismissal documents. Please advise at your earliest convenience.

    Thank you for your consideration.

        Very truly yours,

        FARMER SMITH LAW GROUP, LLP

        *[signature] for Blane A. Smith*
        Blane A. Smith

BAS:llm

cc: All Counsel

13891v1