BLANE A. SMITH, ESQ. (SB# 96795)
**FARMER SMITH LAW GROUP, LLP**
3620 American River Drive, Suite 218
Sacramento, CA 95864
Telephone: (916) 679-6565
Fax: (916) 679-6575

Attorney for Plaintiff,
THE CONTINENTAL INSURANCE COMPANY

# THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CONTINENTAL INSURANCE COMPANY, | Case No. C 07 2578 JL |
| Plaintiff, | |
| vs. | **VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| PAUL CRINKS, STACY CRINKS, MICHAEL PETERS, CHARMAGNE PETERS, VILLAGE ASSOCIATES REAL ESTATE, INC., IGNACIO VEGA, LESLIE PIPER, PAUL LANDERS dba LANDERS TERMITE, DAVE OLNES, JONATHAN JOEL FRADELIS, individually, JONATHAN JOEL FRADELIS dba TRI-VALLEY INVESTMENTS, MAX W. CURTIS, individually, MAX W. CURTIS dba MAXINSPECT, | |
| Defendants. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff, THE CONTINENTAL INSURANCE COMPANY, pursuant to FRCP Rule 41(a), gives notice of dismissal of this action, without prejudice.

DATED: December 5, 2007              FARMER SMITH LAW GROUP, LLP


By: _____
    Blane A. Smith, Esq.
    Attorney for Plaintiff

---

VOLUNTARY DISMISSAL WITHOUT PREJUDICE

14837v1

# CERTIFICATE OF SERVICE

I, Lori Martin, certify as follows:

I am employed in the County of Sacramento, State of California; I am over the age of 18 years and not a party to this action; my business address is 3620 American River Drive, Suite 218, Sacramento, California 95864, in said County and State. On December 5, 2007, I served the within:

**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

by placing a true copy thereof in an envelope and addressed to each of the persons named below at the address shown:

| | |
|---|---|
| Thomas G.F. Del Beccaro, SBN 132351<br>DEL BECCARO, HORNSBY & BLAKE<br>800 So. Broadway, Suite 301<br>Walnut Creek, CA 94596<br>Phone: (925) 280-4487<br>Fax: (925) 284-2015<br>**Attorney for Plaintiffs**<br>**Michael and Charmagne Peters** | Shannon B. Jones, SBN 149222<br>Jessica M. Takano, SBN 184079<br>SHANNON B. JONES LAW GROUP<br>300 Diablo Road<br>Danville, CA 94526<br>Phone: (925) 837-2315<br>Fax: (925) 837-4831<br>**Personal Attorney for Defendants**<br>**Paul and Stacy Crinks** |
| R. Dewey Wheeler, SBN 129968<br>McNAMARA, DODGE, NEY, et al.<br>1211 Newell Avenue<br>P.O. Box 5288<br>Walnut Creek, CA 94596<br>Phone: (925) 939-5330<br>Fax: (925) 939-0203<br>**Attorneys for Defendants**<br>**Paul and Stacy Crinks** | G. Russell Clark, Esq.<br>LAW OFFICES OF DENNIS P. ISAAC<br>121 Spear Street, Suite 410<br>San Francisco, CA 94105<br>Phone: (415) 836-2626<br>Fax: (415) 836-3104<br>**Attorneys for Defendants**<br>**Village Associates Real Estate, Inc., Leslie Piper, Ignacio Vega** |
| Michael W. Rupprecht, Esq.<br>LAW OFFICES OF MICHAEL W. RUPPRECHT<br>18 Crow Canyon Court, Suite 160<br>San Ramon, CA 94583<br>Phone: (925) 837-0867<br>Fax: (925) 837-6104<br>**Attorneys for Defendants**<br>**Joel Fradelis, Jonathan Joel Fradelis, and Tri-Valley Investments** | |

1  ☐ **BY MAIL:** I placed a true copy in a sealed envelope as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY PERSONAL SERVICE:** I placed a true copy in a sealed envelope addressed to each person[s] named at the address[es] shown and giving same to a messenger for personal delivery before 5:00 p.m. on the above-mentioned date.

☒ **BY FACSIMILE:** From facsimile machine telephone number 916/679-6575, on the above-mentioned date, I served a full and complete copy of the above-referenced document[s] by facsimile transmission to the person[s] at the number[s] indicated.

☐ **BY FEDERAL EXPRESS:** I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for delivery by Federal Express. Pursuant to that practice, envelopes placed for collection at designated locations during designated hours are delivered to Federal Express with a fully completed airbill, under which all delivery charges are paid by Farmer Smith Law Group, LLP, that same day in the ordinary course of business.

I certify under penalty of perjury that the foregoing is true and correct, and that this declaration of service was executed on December 5, 2007, at Sacramento, California.

By: *Lori Martin* (signature)
Lori Martin